IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-00057-M

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFFREY BRUCE PATRICK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion to Seal [DE 32]. Pursuant to Local Criminal Rule 55.2(a) and based on the information set forth in DE 31, the government's motion is GRANTED. The Clerk of the Court is directed to maintain the documents at DE 31 under seal until further order of the court.

SO ORDERED this 19th day of October, 2021.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE